UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>CUONG T. VU, Co-Trustee of the Vu Family Trust Created September 23, 2004;<br>THUAN N. VU, Co-Trustee of the Vu Family Trust Created September 23, 2004;<br>HOA THAI NGUYEN;<br>HELEN DANG; and Does 1-10,<br><br>    Defendants. | Case: 2:17-CV-01596-MCE-EFB<br><br>**ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 5, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE